# United States District Court
### Northern District of New York
## CIVIL JUDGMENT

**DAVID G. COLEMAN**

*Plaintiff*

VS.                    1:04-CV-1347 (NAM/RFT)

**ROBERT BOURQUE; CORA BRITTS; CHRIS ALEXANDER; PHEBE MACKEY; and JULIE BLAIR NURSING FACILITY**

*Defendants'*

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That pursuant to plaintiff's failure to comply with the Court Order that directed the filing of an amended complaint, this action is hereby dismissed.

All of the above pursuant to the Order of the Honorable Norman A. Mordue, dated the 8th day of December, 2004 and the extension Order of Magistrate Judge Randolph F. Treece dated the 31st day of January, 2005.

| | |
|---|---|
| **APRIL 12, 2005** | **LAWRENCE K. BAERMAN** |
| _____ | _____ |
| **DATE** | **CLERK OF COURT** |
| | s/ |
| | _____ |
| | **JOANNE BLESKOSKI** |
| | **DEPUTY CLERK** |